**Dismiss and Opinion Filed August 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01048-CV

### LESLIE EARL VOLLMER, Appellant
### V.
### LINDA ROESSLER VOLLMER, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-17494-Y**

## MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Francis

By postcard notice dated April 1, 2013, we informed appellant that the time for filing his brief had expired. We directed him to file, within ten days, both his brief and an extension motion. *See* TEX. R. APP. P. 10.1(a), 10.5(b); *see also id.* 38.6(d). We cautioned appellant that if he failed to comply his appeal would be dismissed. *See id.* 38.8(a)(1). To date, appellant has neither filed his brief nor otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b).

121048F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LESLIE EARL VOLLMER, Appellant

No. 05-12-01048-CV      V.

LINDA ROESSLER VOLLMER, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-11-17494-Y.
Opinion delivered by Justice Francis.
Justices O'Neill and Fillmore participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Linda Roessler Vollmer recover her costs, if any, of this appeal from appellant Leslie Earl Vollmer.

Judgment entered August 13, 2013

/Molly Francis/

MOLLY FRANCIS
JUSTICE